**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVRAN IBRAGIMOV, <br><br> Petitioner, <br><br> v. <br><br> ERNESTO SANTACRUZ JR. et al., <br><br> Respondents. | ) NO. 5:26-cv-01116-MWC-KS <br> ) <br> ) <br> ) ORDER ACCEPTING FINDINGS AND <br> ) RECOMMENDATIONS OF UNITED <br> ) STATES MAGISTRATE JUDGE <br> ) <br> ) <br> ) <br> ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), Respondents' Return to the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), Respondents' Objections to the Report, and all the records herein. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered:

(1) Granting the Petition; and

(2) Making the Court's preliminary relief permanent, namely, prohibiting Petitioner's re-detention absent notice and a pre-deprivation hearing.

DATED:      June 22, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE