JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVRAN IBRAGIMOV,                 )  NO. 5:26-cv-01116-MWC-KS
                                  )
                  Petitioner,     )
                                  )
            v.                    )  JUDGMENT
                                  )
ERNESTO SANTACRUZ JR. et al.,     )
                                  )
                  Respondents.    )
                                  )
                                  )
_____   )

IT IS ADJUDGED that the Petition is GRANTED and that relief is awarded as set forth in the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge.

DATED: June 22, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE